**In re Jerry SANDERS, Petitioner.**

No. 01–7936.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 26, 2001.

Decided Jan. 15, 2002.

Jerry Sanders, Petitioner Pro Se.

Before MICHAEL, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Jerry Sanders filed a petition for a writ of mandamus seeking an order compelling the district court to rule on his Fed. R.Civ.P. 60(b) motion and his subsequent "petition for ruling on the merits." We dismiss the petition as moot.

Our review of the district court's docket sheet shows that the court entered an order denying Sanders' Rule 60(b) motion on May 4, 2001. The court dismissed as moot his "petition for ruling on the merits" on November 26, 2001.

Accordingly, we dismiss Sanders' petition for a writ of mandamus as moot. Sanders' request to proceed in forma pauperis is granted. We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*PETITION DISMISSED.*